UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Amores, Mario  
Amores, Mery  

Case No.: 19-12399  
Chapter: 7  
Judge: MBK  

## NOTICE OF PROPOSED ABANDONMENT

___Daniel E. Straffi___, ___Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street |
| --- | --- |
| | Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___July 23, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___8___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 430 Rushmore Avenue |
| --- | --- |
| | Piscataway, NJ |
| | FMV - +/- $ 150,000.00 |

| Liens on property: | Bank of America- $429,212.06 |
| --- | --- |
| | Plus 10% Estimated Costs of Sale |

| Amount of equity claimed as exempt: | $ -0- |
| --- | --- |

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.  
Address: 670 Commons Way Toms River, NJ 08755  
Telephone No.: 732-341-3800  

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12399-MBK
Mario Amores                                                            Chapter 7
Mery Amores
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Jun 19, 2019
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2019.
db/jdb         +Mario Amores,    Mery Amores,    430 Rushmore Avenue,    Piscataway, NJ 08854-1856
518011161      +Bank of America, NA,    7105 Corporate Drive,    Plano, TX 75024-4100
518011163     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot Credit Services,    PO Box 182676,    Columbus, OH 43218)
518011164      +IC System, Inc.,    444 Highway 96 East,    Saint Paul, MN 55127-2557
518011165      +KML, Law Group, P.C.,    216 Haddon Ave,    Collingswood, NJ 08108-1120
518011167       Peter J. Liska, Esq.,    716 Shrewsbury Ave.,    Eatontown, NJ 07724
518011168      +Remex, Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
518011169      +TD Bank USA/Target,    PO Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2019 00:18:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2019 00:18:09     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518011158      +E-mail/Text: bankruptcycare@affinityfcu.com Jun 20 2019 00:17:43     Affinity FCU,
                 73 Monuntainview Blvd.,    Basking Ridge, NJ 07920-2332
518011159      +E-mail/Text: ally@ebn.phinsolutions.com Jun 20 2019 00:15:48     Ally Financial,
                 Po Box 380901,    Minneapolis, MN 55438-0901
518011160      +E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 20 2019 00:18:19     American Honda Finance,
                 200 Continental Drive,    Newark, DE 19713-4334
518011166      +E-mail/Text: bncnotices@becket-lee.com Jun 20 2019 00:17:28     Kohls,    Po Box 3004,
                 Milwaukee, WI 53201-3004
518015314      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2019 00:23:03     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518011157       Advance Financial FCU
518011162       Commonwealth Financial Systems
                                                                                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi     on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Kevin Gordon McDonald    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY ALSO
               KNOWN ASM&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William P. Bonomo    on behalf of Joint Debtor Mery  Amores nyattybill@aol.com,
               bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bes
               tcase.com

```
District/off: 0312-3          User: admin                  Page 2 of 2              Date Rcvd: Jun 19, 2019
                              Form ID: pdf905              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        William P. Bonomo    on behalf of Debtor Mario  Amores nyattybill@aol.com,
         bonomolawecf@gmail.com;claudia@garanticesufuturo.com;lediazlaw@gmail.com;bonomowr58406@notify.bes
         tcase.com

                                                                                                                                                                        TOTAL: 6