Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 19−12399−KCF
          Chapter: 7
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mario Amores | Mery Amores |
| 430 Rushmore Avenue | 430 Rushmore Avenue |
| Piscataway, NJ 08854 | Piscataway, NJ 08854 |

Social Security No.:
  xxx−xx−9035                                                          xxx−xx−2072

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 29, 2019</u>                     <u>Kathryn C. Ferguson</u>
                                                    Judge, United States Bankruptcy Court